## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  McKinnie, Doris M | Case Number:  04 B 08615 |
| | Judge:  Squires, John H |
| Printed:  4/29/08 | Filed:  3/4/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Completed:  March 27, 2008

Confirmed:  April 21, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 10,920.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 7,959.53 |
| Priority: | | 0.00 |
| Administrative: | | 2,394.00 |
| Trustee Fee: | | 565.06 |
| Other Funds: | | 1.41 |
| Totals: | 10,920.00 | 10,920.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,394.00 | 2,394.00 |
| 2. | Discover Financial Services | Unsecured | 1,538.06 | 2,095.08 |
| 3. | ECast Settlement Corp | Unsecured | 171.19 | 233.18 |
| 4. | B-First | Unsecured | 730.46 | 995.00 |
| 5. | B-First | Unsecured | 289.31 | 394.09 |
| 6. | Cavalry Portfolio Services | Unsecured | 515.74 | 702.52 |
| 7. | Performance Capital Mgmt | Unsecured | 1,840.79 | 2,506.14 |
| 8. | American Express Travel Relate | Unsecured | 172.49 | 234.96 |
| 9. | Specialized Management Consultants | Unsecured | 280.18 | 381.65 |
| 10. | Resurgent Capital Services | Unsecured | 306.07 | 416.91 |
| 11. | Whitefield Financial Corporation | Secured | | No Claim Filed |
| 12. | American General Finance | Unsecured | | No Claim Filed |
| 13. | Amoco Oil Company | Unsecured | | No Claim Filed |
| 14. | Citibank | Unsecured | | No Claim Filed |
| 15. | Fingerhut Corporation | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 8,238.29 | $ 10,353.53 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 7% | 36.40 |
| 4% | 34.02 |
| 6.5% | 144.04 |
| 3% | 24.07 |
| 5.5% | 127.43 |
| 5% | 40.11 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  McKinnie, Doris M

Printed:  4/29/08

Case Number:  04 B 08615

Judge:  Squires, John H

Filed:  3/4/04

|  |  |
|---|---|
| 4.8% | 74.88 |
| 5.4% | 84.11 |
|  | _____ |
|  | $ 565.06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: